HELEN A. MC DERMOTT v. BOND CLOTHES.

November 27, 1978. Petition for certification denied.

ROLAND F. NOLAN v.
AETNA CASUALTY & SURETY COMPANY.

November 27, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE HOLLY.

November 27, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. CAROL BRANAM.

November 27, 1978. Petition for certification granted.
(See 161 *N. J. Super.* 53)

STATE OF NEW JERSEY v. LEXINGTON PAGE, JR.

November 27, 1978. Petition for certification granted.

MILDRED NICASTRO v. KAY SAM CORPORATION.

November 27, 1978. Petition for certification denied.